IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF NORTH BRANCH,<br><br>　　　　　Defendant. | JUDGMENT<br><br>Case No. 1:24-cv-00043-JNP-DBP<br><br>Judge Jill N. Parrish |

　　　IT IS ORDERED AND ADJUDGED that plaintiff Eric Smith's action is dismissed without prejudice.

　　　DATED: June 3, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JILL N. PARRISH
　　　　　　　　　　　　　　　　　　United States District Judge